## DAVID KENNETT *v.* COMMISSIONER OF CORRECTION

The petitioner David Kennett's petition for certification for appeal from the Appellate Court, 92 Conn. App. 324 (AC 25874), is denied.

*Katherine C. Essington*, special public defender, in support of the petition.

*Lawrence J. Tytla*, senior assistant state's attorney, in opposition.

Decided February 8, 2006

## DONALD F. HECKER *v.* COMMISSIONER OF CORRECTION

The petitioner Donald F. Hecker's petition for certification for appeal from the Appellate Court, 92 Conn. App. 906 (AC 25448), is denied.

*Paul R. Kraus*, special public defender, in support of the petition.

*Melissa Streeto Brechlin*, assistant state's attorney, in opposition.